UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOANN PIPER-CULBERSON, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 4:18-cv-01659-JAR |
| RENAL CARE GROUP, INC., | ) ) ) |
| Defendant. | ) ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Defendant Renal Care Group, Inc.'s Motion to Appear Telephonically. (Doc. 16.)

Upon review,

**IT IS HEREBY ORDERED** that Defendant's motion is **GRANTED.** Defendant is directed to call the conference line toll free at **1-877-810-9415**. **The access code to enter the telephone conference is: 7519116**.

Dated this 1st day of November, 2019.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE